(*Supreme Court of Illinois.*)

### Francis M. Richardson

vs.

### Henry Deming.

(January Term, 1878.)

JURISDICTION.  Appeal dismissed for want of jurisdiction.

CRAIG, J. :—

There is a motion to dismiss the appeal.  It appears from the record. that this was an action in assumpsit, and the amount recovered was $75; the judgment being recovered on the 7th of August, when an appeal was taken to this court. An appeal in this case does not lie to this court, but since the establishment of the appellate courts should have gone to that tribunal.  The appeal will be dismissed, and leave will be given to withdraw the record, if desired, in order to take an appeal to the proper court.

(*Supreme Court of Illinois.*)

### The Howe Machine Co.

vs.

### Sam. Layman, etc.

(January Term, 1878.)

BRIEFS.  Motion for extension of time to file.

WALKER, J. :—

There is a motion by appellant for further time to file brief. In this case the court thinks there are grounds for an extension of the time.  The time will be extended six days.  That, however, will carry it past the call.  The case will be taken when it is reached on the call, unless appellee shall object, and if the party applying fails to comply with the rule for extension of time by filing his brief, the submission will be set aside and the judgment affirmed.